121-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
HBC HAMBURG BULK CARRIERS GMBH & CO. KG
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
HBC HAMBURG BULK CARRIERS GMBH & CO. KG,                08 CV

                Plaintiffs,

                                                                         **RULE 7.1 STATEMENT**

   -against -

BRITANNIA BULK PLC f/k/a BRITANNIA BULK LTD,

                Defendant.
-----------------------------------------------------------------x

     The Plaintiff, HBC HAMBURG BULK CARRIERS GMBH & CO. KG, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that they are not publicly traded entities and no publicly held company owns 10% or more of their stock.

Dated: New York, New York
       March 12, 2008         FREEHILL HOGAN & MAHAR, LLP
                                         Attorneys for Plaintiff
                                         HBC HAMBURG BULK CARRIERS GMBH & CO. KG

                          By: _____
                                  Michael E. Unger (MU 0045)
                                  80 Pine Street
                                  New York, NY 10005
                                  Telephone: (212) 425-1900/Facsimile: (212) 425-1901

NYDOCS1/299817.1