121-08/MEU/SL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

HBC HAMBURG BULK CARRIERS
GMBH & CO. KG,

                                    Plaintiff,

          - and -

BRITANNIA BULK PLC f/k/a
BRITANNIA BULK LTD.,

                                    Defendant.
-----------------------------------------------------------x



**08 CV 2512 (LAP)**

**ORDER FOR RELEASE OF
FUNDS AND DISCONTINUANCE
OF THE ACTION**

It having been reported to the Court that the parties have resolved their disputes;

**IT IS HEREBY ORDERED** that all funds which have been restrained pursuant to the

Process of Maritime Attachment and Garnishment authorized to be issued by the Court by Order

dated March 28, 2008 be released in accordance with the original wire transfer instructions; and

**IT IS HEREBY FURTHER ORDERED** that this action is dismissed with prejudice

and without costs as to either party.

Dated: New York, New York
       April 18, 2008

          The Clerk of the Court Shall
          mark this action closed and all
          pending motions denied as moot.

          SO ORDERED:

          HO
          LORETTA A. PRESKA, U.S.D.J.

NYDOCS1/302942.1